■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY EDWARDS, Appellant. [720 NYS2d 782] —Judgment, Supreme Court, Bronx County (Barbara Newman, J.), rendered December 1, 1998, convicting defendant, after a jury trial, of arson in the second degree, and sentencing him, as a second felony offender, to a term of 10 years, unanimously affirmed.

Defendant received meaningful representation (*see, People v Benevento*, 91 NY2d 708, 713-714; *People v Hobot*, 84 NY2d

1021, 1024). Defendant was not deprived of a fair trial as a result of his counsel's failure to move to preclude one of several statements made by defendant to a fire marshal, since this statement was cumulative and the evidence of guilt was overwhelming. Concur—Rosenberger, J. P., Nardelli, Andrias, Ellerin and Saxe, JJ.